

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00521-CV

**IN THE ESTATE OF JOHN MOORE KILLIAN**, Deceased

From Probate Court No. 1, Bexar County, Texas
Trial Court No. 2019PC2157
Honorable Oscar J. Kazen, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the appellant.

SIGNED August 3, 2022.

_____
Liza A. Rodriguez, Justice